1  JOSHUA A. SLIKER, ESQ
   Nevada Bar No. 12493
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
4  Email: joshua.sliker@jacksonlewis.com

5
   *Attorneys for Defendant*
6  *United Rentals (North America), Inc.*

7                     **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  JAMES PALMERI, | Case No.: 2:22-cv-1981-JCM-NJK |
| 10             Plaintiff, | |
| 11      vs. | **ORDER EXTENDING TIME FOR DEFENDANT UNITED RENTALS (NORTH AMERICA), INC. TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF NO. 1-1)** |
| 12  UNITED RENTALS (NORTH AMERICA), INC.; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, | |
| 13 | |
| 14             Defendants. | **(SECOND REQUEST)** |

15      Defendant United Rentals (North America), Inc. ("Defendant" or "United Rentals"), by and

16  through its counsel, the law firm of Jackson Lewis P.C., and Plaintiff James Palmeri, by and through

17  his counsel, Glenn Schepps, Esq., hereby stipulate and agree to extend the time for Defendant to

18  file its response to Plaintiff's Complaint (ECF No. 1-1) up to and including **January 13, 2022**.

19      This is the second request for an extension of time for Defendant to respond to Plaintiff's

20  Complaint. Defendant filed a motion seeking an extension on December 5, 2022. ECF No. 4. The

21  Court granted Defendant's motion on December 14, 2022. ECF No. 6. Defendant's response to

22  Plaintiff's Complaint is currently due on December 16, 2022. *Id.*

23      The parties have agreed to this extension because they are currently engaged in settlement

24  negotiations and wish to focus their time and respective resources on those efforts. The parties have

25  exchanged opening and counter demands, and further negotiations are anticipated. However, the

26  upcoming holidays, travel, and time out of the office for the parties, their counsel and

27  representatives will lengthen the time needed to complete negotiations. The parties believe these

28  circumstances constitute good cause for granting an extension because doing so will allow time to

attempt to settle this case at the outset, and thus, if successful, avoid the need for the parties and the

Court to expend time and resources on motion practice related to Plaintiff's arbitration agreement

and substance of the Complaint. *See* Fed. R. Civ. P. 6(b)(1); *Wong v. Regents of the Univ. of Calif.*,

410 F.3d 1052, 1060 (9th Cir. 2005).

Dated this 15th day of December, 2022.

| LEGAL RESOURCE GROUP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Glenn Schepps* | */s/ Joshua A. Sliker* |
| GLENN SCHEPPS, ESQ. | JOSHUA A. SLIKER, ESQ |
| Nevada Bar No. 4742 | Nevada Bar No. 12493 |
| 205 N. Stephanie Street, Suite D221 | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff James Palmeri* | *Attorneys for Defendant* |
| | *United Rentals (North America), Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: _December 16, 2022_____

2