1  JOSHUA A. SLIKER, ESQ
   Nevada Bar No. 12493
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
4  Email: joshua.sliker@jacksonlewis.com

5
   *Attorneys for Defendant*
6  *United Rentals (North America), Inc.*

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  JAMES PALMERI, | Case No.: 2:22-cv-1981-JCM-NJK |
| 10            Plaintiff, | |
| 11       vs. | **ORDER EXTENDING TIME FOR DEFENDANT UNITED RENTALS (NORTH AMERICA), INC. TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF NO. 1-1)** |
| 12  UNITED RENTALS (NORTH AMERICA), INC.; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X, | |
| 13 | |
| 14            Defendants. | **(THIRD REQUEST)** |

15         Defendant United Rentals (North America), Inc. ("Defendant" or "United Rentals"), by and

16  through its counsel, the law firm of Jackson Lewis P.C., and Plaintiff James Palmeri, by and through

17  his counsel, Glenn Schepps, Esq., hereby stipulate and agree to extend the time for Defendant to

18  file its response to Plaintiff's Complaint (ECF No. 1-1) up to and including **February 3, 2022**.

19         This is the third request for an extension of time for Defendant to respond to Plaintiff's

20  Complaint. Defendant filed a motion seeking an extension on December 5, 2022. ECF No. 4. The

21  Court granted Defendant's motion on December 14, 2022. ECF No. 6. Defendant's response to

22  Plaintiff's Complaint is currently due on December 16, 2022. *Id.* On December 15, 2022, the parties

23  stipulated to extend Defendant's time to answer to January 13, 2023 in order to allow time for the

24  parties to engage in settlement discussions.

25         The parties have agreed to again extend the deadline for Defendant to file its response to

26  the Complaint because they remain engaged in settlement discussions. Currently, the parties are

27  finalizing the terms of a stipulated protective order which they anticipate submitting to the Court

28  next week to facilitate the exchange of sensitive documents which will aid the parties' settlement

discussions. The parties have made significant progress in their discussions and anticipate a resolution one way or another soon. The length of the extension takes into account the fact that Defendant's counsel will be out of the office and travelling from January 19th to January 29, 2023. The parties believe these circumstances constitute good cause for granting an extension because doing so will allow time to attempt to settle this case at the outset, and thus, if successful, avoid the need for the parties and the Court to expend time and resources on motion practice related to Plaintiff's arbitration agreement and substance of the Complaint. *See* Fed. R. Civ. P. 6(b)(1); *Wong v. Regents of the Univ. of Calif.*, 410 F.3d 1052, 1060 (9th Cir. 2005).

Dated this 13th day of January, 2023.

| LEGAL RESOURCE GROUP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Glenn Schepps<br>GLENN SCHEPPS, ESQ.<br>Nevada Bar No. 4742<br>205 N. Stephanie Street, Suite D221<br>Henderson, Nevada 89074 | /s/ Joshua A. Sliker<br>JOSHUA A. SLIKER, ESQ<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff James Palmeri* | *Attorneys for Defendant United Rentals (North America), Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: January 17, 2023