1  JOSHUA A. SLIKER, ESQ
   Nevada Bar No. 12493
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
4  Email: joshua.sliker@jacksonlewis.com

5
   *Attorneys for Defendant*
6  *United Rentals (North America), Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES PALMERI,<br><br>            Plaintiff,<br>    vs.<br><br>UNITED RENTALS (NORTH AMERICA), INC.; DOE INDIVIDUALS I through X; and ROE ENTITIES I through X,<br><br>            Defendants. | Case No.: 2:22-cv-1981-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   Defendant United Rentals (North America), Inc. ("Defendant" or "United Rentals"), by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiff James Palmeri, by and through his counsel, Glenn Schepps, Esq., hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  This stipulation and order is sought in good faith and not for the purpose of delay.

2  Dated this 12th day of May, 2023.

| LEGAL RESOURCE GROUP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Glenn Schepps* | */s/ Joshua A. Sliker* |
| GLENN SCHEPPS, ESQ. | JOSHUA A. SLIKER, ESQ |
| Nevada Bar No. 4742 | Nevada Bar No. 12493 |
| 205 N. Stephanie Street, Suite D221 | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff James Palmeri* | *Attorneys for Defendant United Rentals (North America), Inc.* |

**ORDER**

IT IS SO ORDERED:

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2023